IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH SABO, | : | CIVIL ACTION NO.: 3:cv–15-0131 |
| Plaintiff, | : | |
| | : | |
| v. | : | Magistrate Judge Saporito |
| | : | |
| REO PROPERTY MANAGEMENT, LLC, | : | |
| | : | |
| Defendant. | : | |

ORDER

Now, this 30th day of April, 2015, after reviewing the motion to dismiss (Doc. 4) filed by the defendant and after review of the submissions of the parties, it is hereby ORDERED as follows:

1. The motion to dismiss is hereby DENIED;

2. The motion requesting an order directing the plaintiff to file an amended complaint is hereby DENIED;

3. The defendant's motion seeking a sixty (60) day extension of time to file an answer to the complaint is hereby DENIED.

4. The defendant shall file its answer within fourteen (14) days from the date of this Order pursuant to F.R.Civ.P 12(a)(4)(A).

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge